UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONICA T. GILLIAM,<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security<br><br>  Defendant. | CASE NO. C06-0722-MAT<br><br>ORDER SETTING DEADLINE FOR DEFENDANT TO FILE AN ANSWER |

Based on the date that the Notice of Appearance (Dkt. 4) was filed on behalf of defendant, an answer would have been due from defendant no later than August 15, 2006. However, in lieu of an answer, defendant filed a Motion to Dismiss (Dkt. 5) which, after thorough briefing, was denied (Dkt. 13). This case is now ready for defendant's answer. Defendant is hereby directed to file an answer no later than sixty (60) days of the date of this Order. Once the answer and filed, the Court will issue a briefing scheduling order.

DATED this 1st day of September, 2006.

               /s/ Mary Alice Theiler
               Mary Alice Theiler
               United States Magistrate Judge